**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:    03-59771 |
| MELINDA S COCHRUN | |
| 1961 MILLER ST | Judge:    CHARLES M. CALDWELL |
| GALLOWAY, OH  43119 | |

SSN(S):    XXX-XX-1189

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   February 25, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| MELINDA S COCHRUN<br>1961 MILLER ST<br>GALLOWAY, OH  43119 | 1.58 |